

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00280-CV

| | | |
|---|---|---|
| In the Interest of S.D.and G.D., Minor Children | § | From the 442nd District Court |
| | § | of Denton County (2010-61222-393) |
| | § | January 5, 2017 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified by deleting the words "compounded annually" from the language of the order providing postjudgment interest on the judgment for child support arrearages "at the rate of six percent (6%), compounded annually," and substituting in their place the words "simple interest annually." This judgment is further modified by deleting the following sentence: "This award for attorney's fees is collectable as child support." It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellant Mother shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
        Justice Lee Gabriel